UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

GUOQING LIU,

    Petitioner,

v.

PHILLIP VALDEZ, et al.,

    Respondents.

No. 6:26-CV-040-H

## JUDGMENT

For the reasons stated in the Court's Order (Dkt. No. 3), it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus (Dkt. No. 1) is denied with prejudice.

The Clerk of the Court is directed to close the case.

So ordered on February 10, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE